7 So.2d 773

### Earl NOBLES v. STATE.

#### I Div. 168.

Supreme Court of Alabama.

April 23, 1942.

Thos. S. Lawson, Atty. Gen., and J. W. Arbuthnot, Asst. Atty. Gen., for petitioner.

C. L. Hybart, of Monroeville, opposed.

GARDNER, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Nobles v. State, 7 So.2d 770, wherein a judgment of conviction for manslaughter was reversed.

Writ denied.

BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.